**IT IS SO ORDERED.**

Dated: 11 December, 2017 12:32 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Todd A. Brakefield | ) Case No. 16-15632 |
| | XXX-XX-8835 | ) Chapter 13 Proceedings |
| | Marion V. Brakefield | ) Judge Jessica E. Price Smith |
| | XXX-XX-2751 | ) |
| | Debtors | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTORS FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon the Trustee's Motion to Dismiss Case for Failure to Fund that was filed on October 3, 2017. Any objections or responses filed have been withdrawn or overruled. The case is hereby dismissed due to the material default in the funding of the Plan by the Debtors.

The Debtors and/or the Debtors' employer, as well as the future income of the Debtors, are hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

The Trustee is authorized to pay to the Bankruptcy Court an amount equal to the amount of any unpaid filing fees. Any payment made to the Bankruptcy Court for unpaid filing fees shall be paid from funds received either from or on behalf of the Debtors prior to the dismissal of this case and, in order to comply with Bankruptcy Rule 1006(b)(3) and any relevant statute(s), said distribution may be made before (and possibly to the detriment of) any other authorized but unpaid distributions and/or refunds.

Submitted by:
/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

All creditors and parties of interest
(served via ECF)

William C Behrens, Attorney for Debtors
(served via ECF)

Marion V. & Todd A. Brakefield, Debtors
2375 North Bay Drive
Willoughby OH 44094

Progressive Insurance, Employer
Attn:  Payroll, P.O. Box 94523
Cleveland OH 44101-4523


LAH/bas
10/03/17

###